UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANNY AMEN VALENTINE SHABAZZ,

Petitioner,

-against-

ROBERT RZA DIGGS, ET AL.,

Respondents.

1:23-CV-9864 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated November 8, 2023, the Court directed Petitioner, within 30 days, to resubmit the signature page of the complaint with an original signature. That order specified that failure to comply would result in dismissal of this action. Petitioner has not submitted a signed signature page. Accordingly, the Court dismisses this action without prejudice.[1] *See* Fed. R. Civ. P. 11(a).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

---

[1] On December 2, 2023, Petitioner filed a letter requesting that "all communication portals be shut[]down immediately." (ECF 4.) Because the Court is dismissing this action, it denies Petitioner's letter request as moot.

The Court directs the Clerk of Court to enter a judgment dismissing this action for the reasons set forth in this order.

SO ORDERED.

Dated:   January 12, 2024
         New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge