UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANNY AMEN VALENTINE SHABAZZ,

                  Petitioner,

-against-

ROBERT RZA DIGGS, ET AL.,

                  Respondents.

1:23-CV-9864 (LTS)

CIVIL JUDGMENT

For the reasons stated in the January 12, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   January 12, 2024
           New York, New York

                                                        /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                         Chief United States District Judge